AO 442 (Rev. 11/11) Arrest Warrant     FID#: 11082672

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL

2:57 pm, Apr 14 2023

WESTERN NORTH CAROLINA
CHARLOTTE

United States of America
v.

KELSEY LANE MASON
*Defendant*

)
)
)
)
)
)
)

Case No. 3:23-mj-00111-WCM
OKED Case No.: 23-MJ-148-DES

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KELSEY LANE MASON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF 18 U.S.C. § 751(a), ESCAPE

Signed: April 14, 2023

*[Signature]*

W. Carleton Metcalf
United States Magistrate Judge

Date: 04/14/2023
1:44 PM

City and state: Asheville, North Carolina

The Hon. W. Carleton Metcalf, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____      Arresting officer's signature _____ |
|           Printed name and title _____ |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:23-mj-00111-WCM |
| KELSEY LANE MASON | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 5, 2023__ in the county of __MECKLENBURG__ in the __WESTERN__ District of __NORTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | ESCAPE |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

/s/ *Matthew Owens*
*Complainant's signature*

Matthew Owens, Deputy U.S. Marshal, USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by telephone.

Signed: April 14, 2023

W. Carleton Metcalf
United States Magistrate Judge

Date: 04/14/2023

City and state:   Charlotte, North Carolina         The Hon. W. Carleton Metcalf, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Matthew Owens, a Deputy U.S. Marshal with the United States Marshals Service (USMS), being duly sworn, deposes and says:

1. I have been a Deputy U.S. Marshal with the USMS since April 2020. My duties as a Deputy U.S. Marshal include judicial security, prisoner transportation, fugitive investigations, and criminal investigations. Through formal and on the job training, I have participated in numerous fugitive investigations that have involved escape, aiding and abetting, accessory after the fact and false statements, in violation of federal and state laws. Accordingly, I am familiar with tactics fugitives use to avoid being arrested, and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives in violation of title 18, United States Code. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding.

3. On July 21, 2021, KELSEY LANE MASON was sentenced in U.S. District Court for the Western District of North Carolina upon conviction for Possession of Firearms and Ammunition by an unlawful user of a controlled substance and Possession of Firearms and Ammunition while being a fugitive from justice, in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2), and in violation of Title 18, United States Code, Section 922(g)(2) and 924(a)(2) and was sentenced to the custody of the Attorney General for a term of 30 months. MASON had a tentative release date of December 20, 2023. KELSEY LANE MASON was designated to serve

a portion of her sentence at Dismas Charities, Inc., a community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western District of North Carolina.  On or about March 28, 2023, a transfer order for KELSEY LANE MASON was executed for her transfer from FCI Tallahassee.  KELSEY LANE MASON arrived at Dismas Charities, Inc., Charlotte, NC on or about this date.  MASON was scheduled to be released from her sentence on December 20, 2023.  Until December 20, 2023, MASON was to be living at Dismas Charities, Inc. and complying with their rules and regulations.

4. On April 5, 2023, MASON failed to return to Dismas Charities as required following her use of a day pass to visit a local Wal-Mart, which expired at 4:00PM on that day.  When MASON did not return to the facility, staff at Dismas Charities interviewed inmate Angela Howell, who went to Wal-Mart with MASON.  Howell stated that as she was boarding the bus to return to the facility, MASON indicated she was waiting on "Willy."  After MASON did not return to the facility, escape procedures were initiated and BOP was notified.  MASON was last seen by Dismas Charites, Inc. staff boarding a bus at approximately 12:06pm on April 5, 2023.  A check of local hospitals and law enforcement agencies conducted by Dismas Charities, Inc. was met with negative results.  As of the current date, inmate MASON has not been located.

## CONCLUSION

5. Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that KELSEY LANE MASON, did knowingly escape from custody at the Dismas Charities Inc., a institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of North Carolina upon conviction for the commission of Possession of Firearms and Ammunition by an unlawful user of a controlled substance and Possession of Firearms and Ammunition while being a fugitive from justice, in violation of Title 18, United States Code,

Section 922(g)(3) and 924(a)(2), and in violation of Title 18, United States Code, Section 922(g)(2) and 924(a)(2), all in violation of Title 18, United States Code, Section 751(a).

\_\_/s Matthew Owens_____
Matthew Owens
Deputy United States Marshal
United States Marshals Service
Western District of North Carolina

*Affidavit Reviewed by Assistant United States Attorney Matthew T. Warren*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 14th day of April 2023, at 1:43 PM.

Signed: April 14, 2023

W. Carleton Metcalf
United States Magistrate Judge