IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 23-MJ-148-DES |
| KELSEY LANE MASON, | ) ) ) |
| Defendant. | ) |

**NOTICE OF CONSENT TO PROCEED VIA VIDEO TELECONFERENCE**

    The Defendant hereby advises the Court he/she is aware of his/her right to appear in person at all hearings before this Honorable Court. The Defendant hereby advises the Court that he/she consents to proceed with this proceeding via video teleconference.

_6-5_
Date

_[signature: Kelsey Mason]_
Defendant