PITTS

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CRIMINAL DOCKET FOR CASE #: <u>6:23−mj−00148−DES</u>−1

| | |
|---|---|
| Case title: USA v. Mason | Date Filed: 06/05/2023 |

Assigned to: Magistrate Judge D. Edward Snow

**Defendant (1)**

| | | |
|---|---|---|
| **Kelsey Lane Mason** | represented by | **Richard A. Mitchell**<br>PO Box 784<br>Bartlesville, OK 74005<br>918−332−6042<br>Email: r.mitchell6@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Violation of 18 U.S.C. § 751(a), Escape | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Richard John Lorenz**<br>US Attorney (OKED)<br>520 Denison Ave |

Muskogee, OK 74401
918–709–7538
Email: richard.lorenz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2023 | | ARREST on Charges Pending in Western District of North Carolina (Rule 5) as to Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/05/2023) |
| 06/05/2023 | 1 | RULE 5 PAPERS from Western District of North Carolina as to Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/05/2023) |
| 06/05/2023 | 2 | MINUTE ORDER by Magistrate Judge D. Edward Snow setting Initial Appearance – Rule 5 (out) for 6/6/2023 at 2:00 PM in Courtroom 1 – Video Conference before Magistrate Judge D. Edward Snow as to Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/05/2023) |
| 06/06/2023 | 3 | MOTION for Detention by USA as to Kelsey Lane Mason (Lorenz, Richard) (Entered: 06/06/2023) |
| 06/06/2023 | 4 | NOTICE of Consent to Proceed Via Video Teleconference as to Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/06/2023) |
| 06/06/2023 | 5 | MINUTES of Proceedings held before Magistrate Judge D. Edward Snow: Initial Appearance in Rule 5 Proceedings held on 6/6/2023 as to Kelsey Lane Mason. Defendant remanded to custody of USMS for removal to the Western District of North Carolina. (tjm, Deputy Clerk) (Entered: 06/06/2023) |
| 06/06/2023 | 6 | ORAL MOTION for Appointment of Counsel by Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/06/2023) |
| 06/06/2023 | 7 | ORDER APPOINTING COUNSEL by Magistrate Judge D. Edward Snow: granting (6) Oral Motion for Appointment of Counsel as to Kelsey Lane Mason. (1) (Re: 6 MOTION for Appointment of Counsel ) (tjm, Deputy Clerk) (Entered: 06/06/2023) |
| 06/06/2023 | 8 | CJA 23 Financial Affidavit by Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/06/2023) |
| 06/06/2023 | 9 | WAIVER of Rule 5 Hearing approved by Magistrate Judge D. Edward Snow by Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/06/2023) |
| 06/06/2023 | 10 | COMMITMENT to Another District (Rule5) by Magistrate Judge D. Edward Snow as to Kelsey Lane Mason. (tjm, Deputy Clerk) (Entered: 06/06/2023) |

AO 442 (Rev. 11/11) Arrest Warrant

FID#: 11082672

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL

2:57 pm, Apr 14 2023

WESTERN NORTH CAROLINA
CHARLOTTE

United States of America
v.

KELSEY LANE MASON

*Defendant*

)
)
)
)
)
)
)

Case No. 3:23-mj-00111-WCM
OKED Case No.: 23-MJ-148-DES

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KELSEY LANE MASON                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF 18 U.S.C. § 751(a), ESCAPE

Date:  04/14/2023
1:44 PM

City and state:   Asheville, North Carolina

Signed: April 14, 2023

*(signature)*

W. Carleton Metcalf
United States Magistrate Judge

The Hon. W. Carleton Metcalf, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _enter date_ , and the person was arrested on *(date)* _enter date_ at *(city and state)* _____ . |
| Date: _enter date_                                          Arresting officer's signature |
|                                                                                        Printed name and title |

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>KELSEY LANE MASON<br>*Defendant(s)* | )<br>)<br>) Case No. 3:23-mj-00111-WCM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2023__ in the county of __MECKLENBURG__ in the __WESTERN__ District of __NORTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | ESCAPE |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

/s/ *Matthew Owens*
*Complainant's signature*

Matthew Owens, Deputy U.S. Marshal, USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by telephone.

Signed: April 14, 2023

Date: 04/14/2023

W. Carleton Metcalf
United States Magistrate Judge

City and state: Charlotte, North Carolina

The Hon. W. Carleton Metcalf, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Matthew Owens, a Deputy U.S. Marshal with the United States Marshals Service (USMS), being duly sworn, deposes and says:

1. I have been a Deputy U.S. Marshal with the USMS since April 2020. My duties as a Deputy U.S. Marshal include judicial security, prisoner transportation, fugitive investigations, and criminal investigations. Through formal and on the job training, I have participated in numerous fugitive investigations that have involved escape, aiding and abetting, accessory after the fact and false statements, in violation of federal and state laws. Accordingly, I am familiar with tactics fugitives use to avoid being arrested, and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives in violation of title 18, United States Code. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding.

3. On July 21, 2021, KELSEY LANE MASON was sentenced in U.S. District Court for the Western District of North Carolina upon conviction for Possession of Firearms and Ammunition by an unlawful user of a controlled substance and Possession of Firearms and Ammunition while being a fugitive from justice, in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2), and in violation of Title 18, United States Code, Section 922(g)(2) and 924(a)(2) and was sentenced to the custody of the Attorney General for a term of 30 months. MASON had a tentative release date of December 20, 2023. KELSEY LANE MASON was designated to serve

a portion of her sentence at Dismas Charities, Inc., a community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western District of North Carolina.  On or about March 28, 2023, a transfer order for KELSEY LANE MASON was executed for her transfer from FCI Tallahassee.  KELSEY LANE MASON arrived at Dismas Charities, Inc., Charlotte, NC on or about this date.  MASON was scheduled to be released from her sentence on December 20, 2023.  Until December 20, 2023, MASON was to be living at Dismas Charities, Inc. and complying with their rules and regulations.

4. On April 5, 2023, MASON failed to return to Dismas Charities as required following her use of a day pass to visit a local Wal-Mart, which expired at 4:00PM on that day.  When MASON did not return to the facility, staff at Dismas Charities interviewed inmate Angela Howell, who went to Wal-Mart with MASON.  Howell stated that as she was boarding the bus to return to the facility, MASON indicated she was waiting on "Willy."  After MASON did not return to the facility, escape procedures were initiated and BOP was notified.  MASON was last seen by Dismas Charites, Inc. staff boarding a bus at approximately 12:06pm on April 5, 2023.  A check of local hospitals and law enforcement agencies conducted by Dismas Charities, Inc. was met with negative results.  As of the current date, inmate MASON has not been located.

## CONCLUSION

5. Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that KELSEY LANE MASON, did knowingly escape from custody at the Dismas Charities Inc., a institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of North Carolina upon conviction for the commission of Possession of Firearms and Ammunition by an unlawful user of a controlled substance and Possession of Firearms and Ammunition while being a fugitive from justice, in violation of Title 18, United States Code,

Section 922(g)(3) and 924(a)(2), and in violation of Title 18, United States Code, Section 922(g)(2) and 924(a)(2), all in violation of Title 18, United States Code, Section 751(a).

\_\_/s Matthew Owens_____
Matthew Owens
Deputy United States Marshal
United States Marshals Service
Western District of North Carolina

*Affidavit Reviewed by Assistant United States Attorney Matthew T. Warren*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 14th day of April 2023, at 1:43 PM.

Signed: April 14, 2023

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**KELSEY LANE MASON,**<br><br>*Defendant.* | Case No. 23-MJ-148-DES |

## MOTION FOR DETENTION

COMES NOW the United States of America by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Richard J. Lorenz and, pursuant to 18 U.S.C. §§ 3142(a)(4), (e) and (f), and 18 U.S.C. § 3143(a)(1), moves for pretrial detention of Defendant. In support, the United States would submit the following:

1. <u>Eligibility of Case</u>. Defendant is eligible for a detention order because the case involves (check all that apply):

☐ Crime of violence (18 U.S.C. § 3156), sex trafficking (18 U.S.C. § 1591), or a federal crime of terrorism as listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ Maximum sentence is life imprisonment or death;

☐ 10+ year drug offense under the Controlled Substances Act (21 U.S.C. § 801 et. seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951 et. seq.) or chapter 705 of Title 46;

☐ Any felony if Defendant has two or more prior convictions for offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or two or more convictions state or local offenses that would have been offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C) if a circumstance giving rise to federal jurisdiction had existed, OR a combination of such convictions;

☐ Felony that involves a minor victim;

☐ Felony that involves the possession of a firearm or destructive device or any other dangerous weapon;

☐ Failure to register under 18 U.S.C. § 2250;

☒ Serious risk Defendant will flee;

☐ Serious risk Defendant will obstruct or attempt to obstruct justice; and/or

☐ Serious risk Defendant will threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror or obstruct.

☐ A revocation matter brought pursuant Fed.R.Crim.P 32.1. The burden of establishing by clear and convincing evidence that Defendant will not flee or pose a danger to any person or to the community rests with Defendant. (*See* Fed.R.Crim.P 32.1(a)(6)).

2. <u>Reason for Detention</u>. The court should detain Defendant because there are no conditions of release which will reasonably assure (check all that apply):

☒ Defendant's appearance as required

☐ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because (check all that apply):

☐ Defendant has been convicted of an offense described in 18 U.S.C. § 3142(f)(1) or convicted of state or local offenses that would have been offenses described in 18 U.S.C. § 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed; and Defendant committed said offense while on pretrial release; <u>and</u> not more than five years has elapsed since defendant was released from imprisonment or convicted of said offense;

☐ Probable cause exists to believe Defendant committed 10+ year drug offense under the Controlled Substances Act (21 U.S.C. § 801 et.

seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951 et. seq.) or chapter 705 of Title 46;

☐ Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c), 18 U.S.C. § 956(a) or 18 U.S.C. § 2332b;

☐ Probable cause to believe Defendant committed an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ Probable cause to believe Defendant committed an offense under chapter 77 of Title 18 for which a maximum term of imprisonment of 20 years or more is prescribed; and/or

☐ Probable cause to believe Defendant committed an offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of Title 18.

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing

☐ At first appearance

☒ After continuance of THREE (3) DAYS

DATED <u>June 6, 2023</u>

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    *Richard J. Lorenz*
        Richard J. Lorenz
        PA Bar No. 314423
        Assistant United States Attorney
        520 Denison Avenue
        Muskogee, Oklahoma 74401
        Telephone: (918) 684-5100
        Fax: (918) 684-5150
        Richard.Lorenz@usdoj.gov

FILED

JUN - 6 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-MJ-148-DES |
| KELSEY LANE MASON, | ) |
| Defendant. | ) |

### NOTICE OF CONSENT TO PROCEED VIA VIDEO TELECONFERENCE

The Defendant hereby advises the Court he/she is aware of his/her right to appear in person at all hearings before this Honorable Court. The Defendant hereby advises the Court that he/she consents to proceed with this proceeding via video teleconference.

_6-5_  
Date

_/s/ Kelsey Mason_  
Defendant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 23-MJ-148-DES |
| Plaintiff, | ) | |
| v. | ) | Date: 06/06/2023 |
| | ) | |
| KELSEY LANE MASON | ) | Time: 2:03 p.m. – 2:15 p.m. |
| Defendant. | ) | |

**MINUTE SHEET**
**INITIAL APPEARANCE**
**(Rule 5)**

D. Edward Snow, U.S. Magistrate Judge      Toni Moore, Deputy Clerk
                                                                          FTR Courtroom:   1 - Room 230

Counsel for Plaintiff:   Richard John Lorenz, AUSA
Counsel for Defendant: Richard Mitchell, Appointed

☒ Fin. Afdt / oral request for counsel           Obj by Gov't : ☐ yes   ☒ no   ☒ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn
☒ Defendant gives consent to proceed by video conference
☒ Defendant acknowledged receipt of copy of _Warrant/Complaint_ from Western District of North Carolina (Case No. 23-MJ-111-WCM)
☒ Court advised defendant of constitutional rights under Rule 5.
☒ Court advised defendant of constitutional rights under Rule 20.

☒ Defendant waived Identity Hearing                        ☒ Waiver executed and accepted by Court
☒ Defendant orally waived Preliminary Hearing
☐ Defendant requested Preliminary Hearing             ☐ **Preliminary Hearing set Select a date.**
☐ Defendant requested to proceed to prosecuting district for preliminary hearing

☒ Parties have reviewed Pretrial Services Report regarding detention   Obj ☐ yes ☒ no - ☐ by _____

☒ Government orally requested Detention, will file written motion
☒ Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting district for further proceedings
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant requested Detention Hearing                ☐ **Detention Hearing set Select a date.**
☒ Defendant remanded to custody of U.S. Marshal for removal to the Western District of North Carolina
☐ Defendant allowed to post bond in the amount of _____ (unsecured/secured/surety)
      ☐ Conditions of Release: _____

**Additional Minutes:**

☐ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM

**FILED**

**JUN - 6 2023**

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
    Plaintiff, )
  )
vs. ) Case No. 23-MJ-148-DES
  )
KELSEY LANE MASON, )
    Defendant. )

## ORDER APPOINTING COUNSEL

On 6/6/2023 the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

**IT IS HEREBY ORDERED** that the:

_____    Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

_____    Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

_____    The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

__X_____    Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated this 6TH day of June, 2023.

_____
**D. EDWARD SNOW**
U.S. MAGISTRATE JUDGE

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES   ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify Below)*
IN THE CASE OF
USA   v.   MASON
FOR
AT
LOCATION NUMBER

**FILED**
JUN - 6 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

PERSON REPRESENTED *(Show your full name)*
KELSEY LANE MASON

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge: 23-MJ-148-DES
District Court:
Court of Appeals:

CHARGE/OFFENSE *(Describe if applicable & check box→)*   ☑ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?   ☐ Yes   ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest?   ☐ Yes   ☐ No   ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 0 | |
| Car/Truck/Vehicle | $ 0 | |
| Boat | $ 0 | |
| Stocks/bonds | $ 0 | |
| Other property | $ 0 | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?   ☐ Yes   ☐ No
IF YES, give the total approximate amount after monthly expenses   $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**
How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 0 | $ |
| Groceries | $ 0 | $ |
| Medical expenses | $ 0 | $ |
| Utilities | $ 0 | $ |
| Credit cards | $ 0 | $ |
| Car/Truck/Vehicle | $ 0 | $ |
| Childcare | $ 0 | $ |
| Child support | $ 350 | $ |
| Insurance | $ 0 | $ |
| Loans | $ 0 | $ |
| Fines | $ 0 | $ |
| Other | $ 0 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____   _____
SIGNATURE OF DEFENDANT                           Date
(OR PERSON SEEKING REPRESENTATION)

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma



FILED

JUN - 6 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-MJ-148-DES |
| KELSEY LANE MASON | ) | |
| | ) | Charging District's Case No. 23-MJ-111-WCM |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of North Carolina

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/6/23

/s/ KELSEY L. MASON by atty.
*Defendant's signature*

_____
*Signature of defendant's attorney*

RICHARD MITCHELL
*Printed name of defendant's attorney*

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

EASTERN District of OKLAHOMA

**FILED**
JUN -6 2023
BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-MJ-148-DES |
| KELSEY LANE MASON | ) | Charging District's Western District of North Carolina |
| *Defendant* | ) | Case No. 23-MJ-111-WCM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___North Carolina___.

The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___6/6/2023___

*Judge's signature*

___D. EDWARD SNOW, U.S. Magistrate Judge___
*Printed name and title*